# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Criminal Case No: CR 10-S-280-S** |
| ) | |
| **SAMDREKUS EUGENE BESTER.**   ) | |

## ORDER

This case is before the court on defendant's motion to suppress (doc. no. 19). The magistrate judge held an evidentiary hearing, and thereafter, entered his findings and recommendations (doc. no. 27).  Defendant filed objections to the findings and recommendations of the magistrate judge (doc. no. 28).

Upon consideration of the entire record in this case, including the findings and recommendations of the magistrate judge and defendant's objections thereto, the court ADOPTS the findings of the magistrate judge and ACCEPTS his recommendations. Consequently, defendant's objections are OVERRULED, and the motion to suppress is DENIED.

DONE and ORDERED this 12th day of October, 2012.

_____
United States District Judge